AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| CAJUN GLOBAL LLC d/b/a CHURCH'S CHICKEN and CAJUN FUNDING CORP. <br><br> *Plaintiff(s)* <br><br> v. <br><br> GSNA SHAI, INC., GHULAM SARWAR, ATIF ALI, NAJMA R. ALI, HUSNAIN SARWAR, and SYED WAQAS BOKHARI individually and as the sole trustee to THE SZ BOKHARI TRUST <br><br> *Defendant(s)* | Civil Action No.  1:26-CV-1763 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SYED WAQAS BOKHARI
832 East Ramsey Street
Banning, California 92220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Anne P. Caiola
Lindsay Mitchell Henner
Caiola & Rose, LLC
125 Clairemont Ave, Ste. 240
Decatur, GA 30030
annie@caiolarose.com; lhenner@caiolarose.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  4/2/2026

s/ A. Edwards

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:26-CV-1763

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| CAJUN GLOBAL LLC d/b/a CHURCH'S CHICKEN and CAJUN FUNDING CORP. <br><br> *Plaintiff(s)* <br> v. <br><br> GSNA SHAI, INC., GHULAM SARWAR, ATIF ALI, NAJMA R. ALI, HUSNAIN SARWAR, and SYED WAQAS BOKHARI individually and as the sole trustee to THE SZ BOKHARI TRUST <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.   1:26-CV-1763 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NAJMA R. ALI
832 East Ramsey Street
Banning, California 92220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anne P. Caiola
Lindsay Mitchell Henner
Caiola & Rose, LLC
125 Clairemont Ave, Ste. 240
Decatur, GA 30030
annie@caiolarose.com; lhenner@caiolarose.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:   4/2/2026

s/ A. Edwards

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-CV-1763

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Georgia

CAJUN GLOBAL LLC d/b/a CHURCH'S CHICKEN
and CAJUN FUNDING CORP.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

GSNA SHAI, INC., GHULAM SARWAR, ATIF ALI,
NAJMA R. ALI, HUSNAIN SARWAR, and SYED
WAQAS BOKHARI individually and as the sole
trustee to THE SZ BOKHARI TRUST

*Defendant(s)*

Civil Action No.   1:26-CV-1763

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HUSNAIN SARWAR
832 East Ramsey Street
Banning, California 92220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Anne P. Caiola
Lindsay Mitchell Henner
Caiola & Rose, LLC
125 Clairemont Ave, Ste. 240
Decatur, GA 30030
annie@caiolarose.com; lhenner@caiolarose.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  _____4/2/2026_____

_____s/ A. Edwards_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-CV-1763

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Georgia

| | |
|---|---|
| CAJUN GLOBAL LLC d/b/a CHURCH'S CHICKEN and CAJUN FUNDING CORP. <br><br> *Plaintiff(s)* <br><br> v. <br><br> GSNA SHAI, INC., GHULAM SARWAR, ATIF ALI, NAJMA R. ALI, HUSNAIN SARWAR, and SYED WAQAS BOKHARI individually and as the sole trustee to THE SZ BOKHARI TRUST <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.   1:26-CV-1763 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    GSNA SHAI, INC.
832 East Ramsey Street
Banning, California 92220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Anne P. Caiola
Lindsay Mitchell Henner
Caiola & Rose, LLC
125 Clairemont Ave, Ste. 240
Decatur, GA 30030
annie@caiolarose.com; lhenner@caiolarose.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*



Date:    4/2/2026

s/ A. Edwards

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-1763

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

CAJUN GLOBAL LLC d/b/a CHURCH'S CHICKEN
and CAJUN FUNDING CORP.

_____

*Plaintiff(s)*

v.

GSNA SHAI, INC., GHULAM SARWAR, ATIF ALI,
NAJMA R. ALI, HUSNAIN SARWAR, and SYED
WAQAS BOKHARI individually and as the sole
trustee to THE SZ BOKHARI TRUST

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  1:26-CV-1763

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GHULAM SARWAR
832 East Ramsey Street
Banning, California 92220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Anne P. Caiola
Lindsay Mitchell Henner
Caiola & Rose, LLC
125 Clairemont Ave, Ste. 240
Decatur, GA 30030
annie@caiolarose.com; lhenner@caiolarose.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  4/2/2026    _____    s/ A. Edwards
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:26-CV-1763

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Georgia

| | |
|---|---|
| CAJUN GLOBAL LLC d/b/a CHURCH'S CHICKEN and CAJUN FUNDING CORP. | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:26-CV-1763 |
| GSNA SHAI, INC., GHULAM SARWAR, ATIF ALI, NAJMA R. ALI, HUSNAIN SARWAR, and SYED WAQAS BOKHARI individually and as the sole trustee to THE SZ BOKHARI TRUST | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ATIF ALI
832 East Ramsey Street
Banning, California 92220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anne P. Caiola
Lindsay Mitchell Henner
Caiola & Rose, LLC
125 Clairemont Ave, Ste. 240
Decatur, GA 30030
annie@caiolarose.com; lhenner@caiolarose.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*



Date:  4/2/2026 _____

_____
s/ A. Edwards
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:26-CV-1763

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*


                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| CAJUN GLOBAL LLC d/b/a CHURCH'S CHICKEN and CAJUN FUNDING CORP. <br><br> *Plaintiff(s)* <br><br> v. <br><br> GSNA SHAI, INC., GHULAM SARWAR, ATIF ALI, NAJMA R. ALI, HUSNAIN SARWAR, and SYED WAQAS BOKHARI individually and as the sole trustee to THE SZ BOKHARI TRUST <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:26-CV-1763 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE SZ BOKHARI TRUST DATED DECEMBER 10, 2007 AS COMPLETELY
RESTATED DECEMBER 28, 2016
832 East Ramsey Street
Banning, California 92220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anne P. Caiola
Lindsay Mitchell Henner
Caiola & Rose, LLC
125 Clairemont Ave, Ste. 240
Decatur, GA 30030
annie@caiolarose.com; lhenner@caiolarose.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  4/2/2026 _____     s/ A. Edwards _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:26-CV-1763

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                    *Server's signature*


                               _____
                                    *Printed name and title*


                               _____
                                    *Server's address*

Additional information regarding attempted service, etc: